| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aphton Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**95-3640931** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**8 Penn Center**<br>**1628 JFK Blvd.**<br>**Suite 501**<br>**Philadelphia, PA**          ZIP Code **19103** | Street Address of Joint Debtor (No. & Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Philadelphia** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

|  | Nature of Debts (Check one box) |
|---|---|
| | ☐ Consumer/Non-Business    ■ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Aphton Corporation** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X _____<br>   Signature of Attorney for Debtor(s)            Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Aphton Corporation |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney**

X *Ronald S. Gellert*
Signature of Attorney for Debtor(s)

**Ronald S. Gellert (4259)**
Printed Name of Attorney for Debtor(s)

**Eckert Seamans Cherin & Mellott, LLC**
Firm Name

300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
Address

302/425-0430/Phone
302/425-0432/Fax
rgellert@eckertseamans.com
Telephone Number

5/23/2006
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Patrick T. Mooney, M.D.**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

5/23/2006
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Delaware

In re   **Aphton Corporation**

                                                    Case No. _____

                                    Debtor          ,

                                                    Chapter _____ **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  __000-19122__ .

2. The following financial data is the latest available information and refers to debtor's condition on __May 22, 2006__ .

   a. Total assets                                  $ 1-10 million

   b. Total debts (including debts listed in 2.c.,below)   $ 1-10 million

   c. Debt securities held by more than 500 holders.                         Approximate number of holders

| | | | | |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $_____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | 0 |
| secured / / | unsecured / / | | $_____0.00 | 0 |

   d. Number of shares of preferred stock            10,000            3

   e. Number of shares of common stock               67,056,428        374

   Comments, if any:
   **The Preferred Stock is the Debtor's Series A-1 Preferred Stock which is convertible into 20,000,000 shares of the Debtor's Common Stock**

3. Brief description of debtor's business:
   **Biopharmaceutical**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **"See attached"**

## Five Percent Holders

| Name | Percentage |
|---|---|
| 3i Group Investments LP | 6.2% |
| Heartland Advisors, Inc. | 8.6% |
| Michael A. Roth and Brian J. Stark, as joint filers | 9.9% |
| CAM North America LLC<br>Smith Barney Fund Management LLC<br>Salomon Brothers Asset Management Inc., as a group | 14.9% |

# United States Bankruptcy Court
## District of Delaware

In re  **Aphton Corporation**
_____
Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| **XOMA (US) LLC**<br>**2910 7th Street**<br>**Berkeley, CA 94710** | **XOMA (US) LLC**<br>**2910 7th Street**<br>**Berkeley, CA 94710** | **Trade** | | **438,013.00** |
| **University of Nottingham**<br>**Finance Department**<br>**University Park**<br>**Nottingham**<br>**NG7 2RD** | **University of Nottingham**<br>**Finance Department**<br>**University Park**<br>**NG7 2RD** | **Trade** | | **318,181.00** |
| **White & Case**<br>**1155 Avenue of the Americas**<br>**P.O. Box 11467**<br>**New York, NY 10286** | **White & Case**<br>**1155 Avenue of the Americas**<br>**P.O. Box 11467**<br>**New York, NY 10286** | **Professional Fees** | | **229,034.00** |
| **Kendle UK Limited**<br>**38 Wellington Business Park**<br>**Crowthorne**<br>**Berks**<br>**RG45 6LS** | **Kendle UK Limited**<br>**38 Wellington Business Park**<br>**Crowthorne**<br>**RG45 6LS** | **Trade** | | **212,080.00** |
| **University of London**<br>**Queens Building**<br>**Mile End Road**<br>**London**<br>**E1 4NS** | **University of London**<br>**Queens Building**<br>**Mile End Road**<br>**E1 4NS** | **Trade** | | **198,167.00** |
| **Akerman Senterfitt**<br>**P.O. Box 4906**<br>**Orlando, FL 32802** | **Akerman Senterfitt**<br>**P.O. Box 4906**<br>**Orlando, FL 32802** | **Professional Fees** | | **150,000.00** |
| **Phillip Gevas**<br>**P.O. Box 4992**<br>**Incline Village, NV 89450** | **Phillip Gevas**<br>**P.O. Box 4992**<br>**Incline Village, NV 89450** | **Former Officer** | | **122,700.00** |
| **Ernst & Young**<br>**Bank of America**<br>**P.O. Box 406725**<br>**Atlanta, GA 30384** | **Ernst & Young**<br>**Bank of America**<br>**P.O. Box 406725**<br>**Atlanta, GA 30384** | **Professional Fees** | | **84,675.00** |
| **Kendle**<br>**39 Wellington Business Park**<br>**Crowthorne, Berks**<br>**RG45 6LS** | **Kendle**<br>**39 Wellington Business Park**<br>**Crowthorne, Berks** | **Trade** | | **69,966.00** |

In re  __Aphton Corporation__ _____  Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| Robert Scibienski<br>546 First Street<br>Woodland, CA 95695 | Robert Scibienski<br>546 First Street<br>Woodland, CA 95695 | Compensation | | 67,043.00 |
| Cato Research<br>P.O. Box 890127<br>Charlotte, NC 28289 | Cato Research<br>P.O. Box 890127<br>Charlotte, NC 28289 | Trade | | 47,654.00 |
| UMC UTRECHT<br>Heidelberglaan 100<br>3584 CX Utrecht<br>Postbus 85500 | UMC UTRECHT<br>Heidelberglaan 100<br>3584 CX Utrecht<br>Postbus 85500 | Trade | | 44,654.00 |
| Dov Michaeli<br>21 Marina Vista<br>Larkspur, CA 91939 | Dov Michaeli<br>21 Marina Vista<br>Larkspur, CA 91939 | Trade | | 41,666.60 |
| TS Communication Group, LLC<br>39 Purchase Street<br>Rye, NY 10580 | TS Communication Group, LLC<br>39 Purchase Street<br>Rye, NY 10580 | Trade | | 37,943.00 |
| Demosthenes Pappagianis<br>1523 Orange Lane<br>Davis, CA 95616 | Demosthenes Pappagianis<br>1523 Orange Lane<br>Davis, CA 95616 | Trade | | 37,500.00 |
| Solomon Edwards<br>P.O. Box 822045<br>Philadelphia, PA 19182 | Solomon Edwards<br>P.O. Box 822045<br>Philadelphia, PA 19182 | Trade | | 28,685.00 |
| Sue Hagan<br>25 Buckingham Court<br>Sandicare, Nottingham<br>NG10 5PP  United Kingdom | Sue Hagan<br>25 Buckingham Court<br>Sandicare, Nottingham | Compensation | | 25,981.00 |
| Kendle International<br>Angel House<br>24 Station Road<br>Ely, Cambs<br>CB7 4BS | Kendle International<br>Angel House<br>24 Station Road<br>CB7 4BS | Trade | | 25,165.00 |
| Compliance Res.<br>7100 Farmington Lane<br>Hillsborough, NC 27278 | Compliance Res.<br>7100 Farmington Lane<br>Hillsborough, NC 27278 | Trade | | 25,000.00 |
| R.R. Donnelley Receivables Inc.<br>P.O. Box 905151<br>Charlotte, NC 28290 | R.R. Donnelley Receivables Inc.<br>P.O. Box 905151<br>Charlotte, NC 28290 | Trade | | 23,351.00 |

In re    Aphton Corporation

_____    Case No. _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____5/23/06_____          Signature _____

                                        **Patrick T. Mooney, M.D.**
                                        **President and CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

# UNANIMOUS WRITTEN CONSENT
## OF THE
## BOARD OF DIRECTORS
## OF
## APHTON CORPORATION

The undersigned, being all of the members of the board of directors (the "Board of Directors") of Aphton Corporation (the "Company"), acting pursuant to Section 141(f) of the Delaware General Corporation Law, hereby consent to the adoption of the following resolutions, effective as of this 22nd day of May, 2006, as if they were adopted at a duly convened meeting of the Board of Directors at which a quorum was present and acting throughout:

**WHEREAS,** the Board of Directors of the Company (the "Board") hereby acknowledges Management's significant efforts in pursuing numerous strategic alternatives that could support the current and long-term operation of the Company;

**WHEREAS,** the Board hereby acknowledges Management's efforts during the previous twelve months in significantly reducing the Company's expenditures associated with its global operations;

**WHEREAS,** pursuant to the Company's Amended and Restated Certificate of Incorporation, as amended, and Amended and Restated Bylaws, the Board has considered the current liquidity condition and operations of the Company in light of the fact that no viable strategic opportunity has been presented to the Company that could resolve the Company's current and/or long-term liquidity concerns;

**WHEREAS,** the Board has reviewed the historical performance of the Company, the current market for the Company's capital stock (the Company's primary source of financing), and the current and long-term liabilities of the Company.

**NOW THEREFORE, BE IT**

**RESOLVED,** that in the judgment of the Board, it is necessary for the Company to file a voluntary petition with the United States Bankruptcy Court of the District of Delaware under the provisions of chapter 11, title 11 of the United States Bankruptcy Code;

**FURTHER RESOLVED,** that each of Dr. Patrick T. Mooney, Mr. James Smith, and Mr. John McCafferty (the "Authorized Officers") be, and each of them hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents and to take any and all action which any of them deem necessary or proper to obtain such relief;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby are, authorized and directed to employ the law firm of Eckert Seamans Cherin & Mellott, PLLC as bankruptcy counsel and Life Science Group as investment banker to represent and assist the Company in carrying out its duties under title 11 of the United States Bankruptcy Code, and to

take any all actions to advance the Company's rights, including filing and pleading; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Eckert Seamans Cherin & Mellott, LLC and Life Science Group;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby are, authorized to seek the use of cash collateral and/or obtain post-petition financing; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate cash collateral and/or loan agreements and related ancillary documents;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**FURTHER RESOLVED**, that the contracts entered into to date by the Company relating to the proposed bankruptcy filing are authorized and approved.


**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent as of the day and year first above written.

_____
Patrick T. Mooney, M.D.

_____
William A. Hasler

_____
Vincent D. Enright

_____
Georges Hibon

_____
Robert S. Basso

_____
David H. Sachs, M.D.

**IN WITNESS WHEREOF,** the undersigned have executed this Unanimous Written Consent as of the day and year first above written.

_____
Patrick T. Mooney, M.D.

_____
William A. Hasler

_____
Vincent D. Enright

_____
Georges Hibon

_____
Robert S. Basso

_____
David H. Sachs, M.D.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent as of the day and year first above written.

 

_____
Patrick T. Mooney, M.D.

 

_____
William A. Hasler

_____
Vincent D. Enright

 

_____
Georges Hibon

 

_____
Robert S. Basso

 

_____
David H. Sachs, M.D.



**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written
Consent as of the day and year first above written

———————————————————————
Patrick T. Mooney, M.D.


———————————————————————
William A. Hasler


———————————————————————
Vincent D. Enright

———————————————————————
Georges Hibon


———————————————————————
Robert S. Basso


———————————————————————
David H. Sachs, M.D.

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent as of the day and year first above written.

_____

Patrick T. Mooney, M D.

_____

William A. Hasler

_____

Vincent D. Enright

_____

Georges Hibon

_____

Robert S. Basso

_____

David H. Sachs, M.D.

**IN WITNESS WHEREOF,** the undersigned have executed this Unanimous Written
Consent as of the day and year first above written.

_____
Patrick T. Mooney, M.D.


_____
William A. Hasler


_____
Vincent D. Enright


_____
Georges Hibon


_____
Robert S. Basso

_____
David H. Sachs, M.D.